IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR35 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NARCISO MACIEL, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [32]. Additional time is needed to complete plea documents.[1] For good cause shown, the motion is granted. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [32] is granted as follows:

1. The jury trial, now set for November 12, 2024, is continued to **January 7, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 7, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: October 28, 2024.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] Defendant states that a plea agreement has been negotiated and simply requires additional time to complete the paperwork. Counsel shall complete this task as soon as possible and contact chambers of the undersigned magistrate judge to schedule a change of plea hearing.